RECEIVED
IN MONROE, LA

SEP 1 9 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **RONNIE LEE FLEMING** | **CIVIL ACTION NO. 08-0563** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JIMMY SHIVERS, WARDEN** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein [Doc. No. 4], noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner Ronnie Lee Fleming's petition for writ of *habeas corpus* [Doc. No. 1] is DISMISSED WITHOUT PREJUDICE to Petitioner's right to re-file his claims in the appropriate federal district courts in Texas.

MONROE, LOUISIANA, this 17th day of September, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE